FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 19 2003

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON DEPUTY
BY

THE HONORABLE BARBARA J. ROTHSTEIN

**ORIGINAL**  ___ FILED  ___ ENTE...
___ LODGED  ___ RECE...

APR 2 4 2003

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| LUCILLE ROBERSON ON BEHALF OF BRUCE ROBERSON | *  * **MDL 1407** * |
| VERSUS | * **02CV1717** * |
| GLAXO SMITHKLINE, WALGREEN LOUISIANA COMPANY (d/b/a "WALGREEN'S) | * *(O2-CV-1169)* * * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

**PLAINTIFF'S SECOND SUPPLEMENTAL**
**AND AMENDING PETITION FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, LUCILLE

ROBERSON, INDIVIDUALLY AND ON BEHALF OF BRUCE ROBERSON, a person of the full

age of majority, and respectfully represents the following

1    Plaintiff restates every allegation in his Original and First Supplemental and

Amending Petitions for damages

2    Plaintiff would supplement and amend paragraph 2 of the Original and First

Supplemental and Amending Petitions for Damages to read as follows



CV 02 01169 #00000020

20

**"2.**

Named additional pharmaceutical manufacturer defendants are

B      BAYER CORPORATION, a corporation organized in the state of Pennsylvania, which manufactures products containing Phenylpropanolamine ("fen-el-pro-pa-nol-a-mine" or "PPA")  BAYER CORPORATION, sold and shipped  products containing PPA to the State of Louisiana  BAYER CORPORATION, advertised the sale of products containing PPA in the State of Louisiana  BAYER CORPORATION, is amendable to the Louisiana long-arm statute

4      Plaintiff would supplement and amend paragraph 10 of the original petition to read as follows                                **"10.**

In September 1995, BRUCE ROBERSON, suffered a myocardial infarction after consuming Contac 12 Hour and Alka-Selzer Plus Cold. PPA containing products  In September of 2000, BRUCE ROBERSON, suffered a stroke after consuming Contac 12 Hour and Alka-Selzer Plus Cold  On May 13, 2001 BRUCE ROBERSON died from cardiovascular disease The aforementioned PPA-containing products were sold to BRUCE ROBERSON by the retailer/seller defendants  Petitioners further aver that she became aware of the causal link between the consumption of the PPA-containing products and risk of stroke within one year of the date in which this suit was filed "

WHEREFORE, Plaintiff prays that after due proceedings be had there be a judgment rendered herein in favor of Plaintiff and against defendants, jointly, severally, and *in solido*, for such damages as are reasonable in the premises, together with the maximum legal interest from the date of judicial demand, until paid, for all costs of these proceedings, and for all other general

and equitable relief to which Plaintiff may be awarded

Respectfully submitted

Barry J Cooper, Jr , (LSBA No 27202)
**Cooper Law Firm, L.L.C.**
365 Canal Street - Suite 2850
New Orleans, Louisiana 70130
(504) 593-9600 Telephone
(504) 593-9601 Facsimile

Stuart H Smith, (LSBA No 17805)
Raphael Juneau, Jr , (LSBA No 26947)
Michael G Stag, (LSBA No 23314)
**PPA Litigation Group, L.L.C.**
ONE CANAL PLACE
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
(504) 593-9600 Telephone

**ATTORNEYS FOR PLAINTIFF
LUCILLE ROBERSON ON BEHALF
OF BRUCE ROBERSON**

3

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __16th__ day of April, 2003, served a copy of the foregoing by mailing same by United States mail, first class postage prepaid and properly addressed, to the following

Randolph Sherman
Kayo Scholer Fierman Hays & Handler
425 Park Avenue
New York, NY 10022
**Defendant's Lead Counsel**

Terry Tottenham
Fulbright & Jawarski
600 Congress Avenue
Suite 2400
Austin, TX 78701
**Defendant's Lead Counsel**

Joseph Hurson
Lane Powell Spears Lubersky
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338
**Defendant's Liaison Counsel**

Douglas Hofmann
Williams, Kastner& Gibbs
P O Box 21926
Seattle, WA 98111-3926
**Defendant's Liaison Counsel**

Lance Palmer
Levinson Friedman
720 3rd Avenue
Suite 1800
Seattle, WA 98104-1845
**Plaintiff's Liaison Counsel**

James B Irwin, Esq
Kim E Moore, Esq
Stephanie L Irwin, Esq
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
**Attorneys for GlaxoSmithKline plc**

Jack Truitt
THE TRUITT LAW FIRM
251 Highway 21
Madisonville, LA 70447
**Attorneys for Walgreen Louisiana
Company, Inc. (d/b/a Walgreens)**

_____
BARRY J COOPER, JR

4

5